# LAW OFFICES OF ABE GEORGE, P.C.

99 Wall Street, Suite 3404
New York, New York 10005
(P) 212-498-9803 (F) 646-558-7533
Email: abe@abegeorge.lawyer

---

November 15, 2022

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Pretrial Services may return the passport, but Mr. Peralta is reminded that he may not travel without permission from his supervising Probation Officer.
>
> SO ORDERED.
>
> *Cathy Seibel*   11/15/22
> CATHY SEIBEL, U.S.D.J.

        Re:    *United States v. Luis Eduardo Peralta*, 7:22-cr-00371-CS
               Request to Return Passport

Dear Judge Seibel:

As a preliminary matter my client, his family, and I thank the Court for its careful consideration of all the sentencing submissions in this matter. We have all stressed the gravity of the tremendous break bestowed upon him and we all pray that Mr. Peralta stays on the right path.

I write to request that the Court order pre-trial services to return Mr. Peralta's passport to him rather than return the passport to the U.S. State Department. Mr. Sullivan, the AUSA assigned to this matter, consents to my application.

                                          Very truly yours,

                                          **LAW OFFICES OF ABE GEORGE, P.C.**

                                          *A. George*
                                        _____
                                          Abraham George, Esq.

cc:    **Via ECF**
        AUSA Kevin Sullivan

        **Via e-mail: Ashley_cosme@nyspt.uscourts.gov**
        U.S.P.T.S.O. Ashley Cosme